**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

United States of America,

        Plaintiff,        Criminal No. 03-393 (1) (RHK/AJB)

vs.        **ORDER**

Esequicio Londondio,

        Defendant.

---

A copy of the transcript of Defendant's October 8, 2004 sentencing hearing has been sent to Defendant.

Accordingly, the Motion for Transcript (Doc. No. 280) is **DENIED**.

Dated: February 2, 2006

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge